IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP MANESS,

        Petitioner,                  No. CIV-S-06-0409 FCD KJM P

   vs.

        Respondent.           ORDER

_____/

        Petitioner is a state prisoner proceeding pro se.  Petitioner has filed two letters with the court.  It appears that petitioner wishes to commence an action for writ of habeas corpus under 28 U.S.C. § 2254.  Good cause appearing, petitioner will be given thirty days within which to file an application for writ of habeas corpus.  Petitioner must also either pay the filing fee ($5.00) or file an application to proceed in forma pauperis.  Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner is granted thirty days within which to file an application for writ of habeas corpus under 28 U.S.C. § 2254 on the form to be provided by the Clerk of the Court;

/////

/////

1

1    2. Petitioner shall submit, within thirty days from the date of this order, an
2  affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; and
3    3. The Clerk of the Court is directed to send petitioner a copy of the in forma
4  pauperis form used by this district and the form for application of writ of habeas corpus under 28
5  U.S.C. § 2254.
6  DATED: October 30, 2006.

_____
U.S. MAGISTRATE JUDGE

1
mane0409.101(a)