IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP WAYNE MANESS,** | CIV S-06-0409 FCD KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **D.L. RUNNELS, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before September 6, 2007.

Dated: August 3, 2007.

_____
U.S. MAGISTRATE JUDGE

[Proposed] Order