IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP MANESS,

    Petitioner,                      No. CIV S-06-0409 FCD KJM P

    vs.

D.L. RUNNELS, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's June 3, 2009 denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

/////

/////

1

1    For the reasons set forth in the magistrate judge's April 29, 2009 findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right. Accordingly, a certificate of appealability should not issue in this action.
4    IT IS SO ORDERED.
5 DATED: July 21, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE